ORIGINAL

1  Thomas H. Casey - Bar No. 138264
   c/o LAW OFFICES OF THOMAS H. CASEY
2  A Professional Corporation
   22342 Avenida Empresa, Suite 260
3  Rancho Santa Margarita, CA 92688
   Telephone (949) 766-8787
4  Facsimile  (949) 766-9896
   TomCasey@tomcaseylaw.com
5

FILED
FEB 25 2010
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

6  Chapter 7 Bankruptcy Trustee

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         SANTA ANA DIVISION
11
   In re                              )    Case No. 8:94-bk-19989-RK
12                                    )
   NGUYEN, MANH HUU,                  )    Chapter  7
13 NGUYEN, LE MINH PHAM,              )
                                      )    NOTICE OF UNCLAIMED
14                                    )    DIVIDEND(S) [FRBP 3011]
                                      )
15                                    )
                                      )
16              Debtor(s).             )    [No Hearing Required]
                                      )
17                                    )
                                      )
18 _____ )

19
   **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**
20
       Please find annexed hereto Check No. 3012 in the sum of $33,021.97 representing the total
21
   amount of unclaimed dividend(s) in the above-entitled Debtors' estate which will create a zero
22
   balance in the bank account. Said sum is paid over to you pursuant to 11 USC §347(a). A list of the
23
   name(s), address(es), and amount(s) to be paid to each person entitled to said unclaimed dividend
24
   is attached.
25

26 DATED: 2/24/10

27                                                        _____
                                                          Thomas H. Casey, Trustee
28

1

| Check # | Name and Address | Amount |
|---|---|---|
| 3007 | NationsBank BankCard Center<br>PO Box 2278<br>Norfolk VA 23501-2278 | $1,817.19 |
| 3009 | Exxon Company, USA<br>Anne M. Schauerman<br>400 So. Beverly Drive, #318<br>Beverly Hills CA 90212 | $31,186.54 |
| 3010 | Citicorp Retail Services<br>245 Old Country Rd<br>Melville NY 11747 | $18.24 |
| | **TOTAL UNCLAIMED FUNDS** | **$33,021.97** |

S. Wordperfect\Trustee-Nguyen, Manh\Pleadings\unclaimed funds.report.frm